## ANNA M. SMITH v. JOHN SHAW AND ANOTHER.[1]

December 2, 1938.

Nos. 31,604, 31,605.

*Joseph L. Hilgers* and *Clifton T. Parks,* for appellant.

*Oppenheimer, Dickson, Hodgson, Brown & Donnelly,* for respondents.

PER CURIAM.

One member of the court being incapacitated by illness and the remaining members of the court being equally divided on the questions presented by this appeal, the order is affirmed without opinion.

[1]Reported in 282 N. W. 819.